## ORDER

On September 14, 2012, the court ordered Green Edge Enterprises, LLC (Green Edge) to find substitute counsel to enter an appearance within 60 days. Counsel for Green Edge timely entered an appearance but then withdrew its representation due to a conflict of interest. Green Edge has failed to comply with this order.

Federal Circuit Rule 47.3(a) allows an individual to represent himself or herself, but prohibits a corporation, partnership, organization, or other legal entity from doing so. *See also Int'l Inst. for Fundamental Studies, Inc. v. United States*, 222 Ct.Cl. 626, 630–31, 1980 WL 13138 (1980).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) All pending motions are denied as moot.

(3) Each side shall bear its own costs.

Guy Yonay, Pearl Cohen Zedek Latzer, of New York, New York, argued for plaintiff-appellant.

Eric S. Walters, Davis Wright Tremaine LLP, of San Francisco, California, argued for defendant-appellee. With him on the brief was Benjamin J. Byer.

MOORE, BRYSON, AND O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**SOURCE VAGABOND SYSTEMS LTD., Plaintiff–Appellant,**

v.

**HYDRAPAK, INC., Defendant–Appellee.**

No. 2012–1408.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2013.

**MEDICIS PHARMACEUTICAL CORPORATION, Plaintiff–Appellant,**

v.

**ACELLA PHARMACEUTICALS, LLC, Defendant–Appellee.**

No. 2012–1106.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2013.